UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON, AKA JEFFERY MELTON,<br><br>           Plaintiff,<br>   v.<br><br>METROPOLITAN STATE HOSPITAL, et al.,<br>           Defendants. | No. CV 12-6623 ODW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS ORDERED that plaintiff's claims for injunctive relief are dismissed without
2  prejudice and without leave to amend as to all defendants.  Plaintiff has been granted
3  leave to file an amended complaint asserting a claim for compensatory damages in the
4  Order Granting Motion to Dismiss with Leave to Amend of Magistrate Judge Frederick
5  F. Mumm issued on May 10, 2013.

7  DATED May 15, 2013

   OTIS D. WRIGHT
   United States District Judge