FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON, aka JEFFERY MELTON,<br><br>  Plaintiff,<br><br>v.<br><br>METROPOLITAN STATE HOSPITAL, et al.,<br><br>  Defendants | No. CV 12-6623 ODW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that defendants Drs. Barson and Wee's Motion to Dismiss the First Amended Complaint is GRANTED; defendant Garcia's Motion to Dismiss the First Amended Complaint is dismissed as moot; and that this action is dismissed without prejudice.

DATED: 3-25-2014

OTIS D. WRIGHT
United States District Judge