FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON, aka JEFFERY MELTON, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN STATE HOSPITAL, et al., <br><br> Defendants | No. CV 12-6623 ODW (FFM) <br><br> JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Complaint is dismissed without prejudice.

DATED: __3-25-2014__

                                                    OTIS D. WRIGHT
                                         United States District Judge